UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Hillary Lebowitz                    Civil Action No: 2:10-CV-00233-GP

V.

Tacony Academy Charter School, et al.

## DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, Santilli & Thomson, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party,       , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

3/1/10                              Tracy A. Walsh
Date                                Signature

            Counsel for:    Defendant, Santilli & Thomson, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2) promptly file a supplemental statement upon any change in the information that the statement requires.