DATE OF NOTICE: June 22, 2011

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILLARY LEBOWITZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TACONY ACADEMY CHARTER | : | |
| SCHOOL, et al. | : | NO. 10-233 |

## NOTICE OF DISMISSAL

AND NOW, this 22nd day of June, 2011, it having been reported that the issues between Plaintiff and Defendants, Stacy L. Cruise and Gerald L. Santilli, have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs, as to the above named parties only.

S/Rose A. Barber
Rose A. Barber
Deputy Clerk - Civil
For Judge Gene E.K. Pratter
267-299-7352

Copies forwarded by ECF to:
Tracy A. Walsh
Joseph J. Santarone
John P. Gonzales
Jill Fisher
Jamie L. Panzer
David F. McComb